USCA1 Opinion

 

 October 13, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1530 ALTON J. FULLER, Plaintiff, Appellant, v. BOARD OF SELECTMEN FOR THE TOWN OF CANTON, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge, ______________ Bownes, Senior Circuit Judge, and ____________________ Stahl, Circuit Judge. _____________ ____________________ Alton J. Fuller on brief pro se. _______________ Scott Harshbarger, Attorney General, and Thomas O. Bean, __________________ _________________ Assistant Attorney General, On Memorandum For Summary Affirmance for State defendants/appellees. Daniel R. Seigenberg, Gallivan, Santos & Beigbeder, on Memorandum ____________________ ____________________________ For Summary Affirmance for appellees, Board of Selectmen, Conservation Commission, Department of Public Works, and Town of Canton. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. We affirm essentially for the reasons stated in the district court's memorandum and order, dated March 14, 1994. Affirmed. _________